OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W    $ 000.26⁵
0001401603 MAY. 19. 2015



5/8/2015

VASQUEZ, JESSE          Tr. Ct. No. 39802-B                    WR-82,923-01

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

RTS-Discharged

JESSE VASQUEZ
DANIEL UNIT - TDC # 1315560
938 SOUTH FM 1673
SNYDER, TX 79549

NOT DELIVERABLE
AS ADDRESSED
UNABLE TO FORWARD